MAX MEUER, Respondent, *v.* THE PHENIX NATIONAL BANK, Appellant.

*Meuer* v. *Phenix Nat. Bank,* 94 App. Div. 331, affirmed.
(Argued October 17, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May

21, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Richard F. Goldsborough* and *M'Cready Sykes* for appellant.

*Joel M. Marx* and *Lawrence Goldberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.